[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11118
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00145-LMM-CMS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REYNALDO GONZALEZ-ARREOLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(September 26, 2019)

Before MARCUS, ROSENBAUM and BRANCH, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (waiver was valid where it was "referenced" at the Rule 11 hearing, and where the district court established that the defendant had read and understood "every page and every word" of the plea agreement); *United States v. Rubbo*, 396 F.3d 1330, 1334 (11th Cir. 2005) (stating that plea bargains are like contracts and should be interpreted in accord with what the parties intended).